

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00211-CV

OMONIEFE MARY BAZUNU, Appellant

V.

MONEYGRAM PAYMENT SYSTEMS, INC., Appellee

Appeal from the 127th District Court of Harris County (Tr. Ct. No. 2014-46325)

Appellant, Omoniefe Mary Bazunu, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, Omoniefe Mary Bazunu, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 28, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.